STATE OF CONNECTICUT *v.* THOMAS J. CAPOZZIELLO

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 326, is denied.

*Gary A. Mastronardi,* in support of the petition.

*Timothy J. Sugrue,* deputy assistant state's attorney, in opposition.

Decided June 21, 1990

STATE OF CONNECTICUT *v.* JUAN TIRADO

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 449, is denied.

*Brian J. Farrell,* in support of the petition.

*Leah Hawley,* assistant state's attorney, in opposition.

Decided June 21, 1990

STATE OF CONNECTICUT *v.* JAVIER QUINONES

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 506, is denied.

*Philip Russell,* in support of the petition.

*Rita M. Shair,* deputy assistant state's attorney, in opposition.

Decided June 21, 1990

SCHAGHTICOKE INDIANS OF KENT, CONNECTICUT, INC., ET AL. *v.* KEITH POTTER ET AL.

The plaintiffs state of Connecticut's and commissioner of environmental protection's petition for cer-